**Roberto ARROYO, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 05–71958.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted May 4, 2009.

Filed June 4, 2009.

Moises Alcides Aviles, Aviles & Associates, San Bernardino, CA, for Petitioner.

CAC–District Counsel, Esquire, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Cindy S. Ferrier, Senior Litigation Counsel, Anna Nelson, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

* This disposition is not appropriate for publication and is not precedent except as provided

Before: HALL, KLEINFELD and SILVERMAN, Circuit Judges.

MEMORANDUM *

To the extent that Arroyo's petition challenges the Immigration Judge's exercise of discretion, we dismiss it. 8 U.S.C. § 1252(a)(2)(B)(i); *Ramirez–Perez v. Ashcroft*, 336 F.3d 1001, 1005 (9th Cir.2003). Insofar as Arroyo brings a due process claim based on alleged deficiencies in the Notice to Appear for removal proceedings, we deny his petition. His notice to appear said all it had to say under 8 U.S.C. § 1229(a)(1), that he was an alien not admitted or paroled, not a United States Citizen or national, so he was subject to removal. To the degree that Arroyo's other claims are exhausted, 8 U.S.C. § 1252(d)(1), and raised in his opening brief, *see Eberle v. City of Anaheim*, 901 F.2d 814, 817–18 (9th Cir.1990), they lack merit.

**DISMISSED IN PART; DENIED IN PART.**